> **ORDER:**
> Motion granted.
>
> *E. Clifton Knowles*
> U.S. Magistrate Judge

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### COOKEVILLE DIVISION

| | |
|---|---|
| BRADLEY EUGENE GILMORE, ) | |
|     Plaintiff, ) | |
| v. ) | Case No.: 2:10-0054 |
| ) | JUDGE WISEMAN |
| ) | MAGISTRATE JUDGE KNOWLES |
| **MICHAEL J. ASTRUE**, ) | |
| Commissioner of Social Security, ) | |
|     Defendant ) | |

### DEFENDANT'S MOTION FOR LEAVE TO FILE RESPONSE BRIEF EXCEEDING PAGE LIMITATION, PURSUANT TO LR7.01(a)

Comes now the undersigned Assistant United States Attorney, pursuant to LR7.01(a), to request leave of the Court to file Defendant's response brief which exceeds the Court's twenty-five (25) page limitation. Defendant's response brief is twenty-eight (28) pages in length which was necessary in order to properly respond to Plaintiff's Motion for Judgment on the Administrative Record (Docket Entry No. 17.)

Wherefore, Defendant respectfully requests that the Court permit the entry of the attached response brief.

                                      Respectfully submitted,

                                      JERRY E. MARTIN
                                      United States Attorney for the
                                      Middle District of Tennessee

                                      BY: <u>s/ S. Delk Kennedy</u>
                                      S. DELK KENNEDY
                                      Assistant United States Attorney
                                      B.P.R. 009799
                                      110 Ninth Avenue South, Suite A-961
                                      Nashville, Tennessee 37203-3870
                                      Telephone: 615/736-5151